**David RICHARDSON, Appellant**

v.

**Hilda L. SOLIS, Secretary of U.S. Department of Labor,**
**Appellee.**

No. 11–5013.

United States Court of Appeals, District of Columbia Circuit.

Dec. 16, 2011.

David Richardson, Camp Springs, MD, pro se.

BEFORE: SENTELLE, Chief Judge; and GARLAND and BROWN, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed December 22, 2010, be affirmed. The district court correctly determined appellant's claims are barred by res judicata. *See Allen v. McCurry,* 449 U.S. 90, 94, 101 S.Ct. 411, 66 L.Ed.2d 308 (1980) (res judicata precludes relitigating claims that were or could have been raised in a previous action).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing.